# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *DALLAS DIVISION*

JESUS RETANA AND ANDREW MOSS
Plaintiff

v.

19-cv-00359
Civil Action No.

TWITTER, INC., et al
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Keith L. Altman on behalf of Jesus Retana and Andrew Moss, Plaintiffs
provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

NONE

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Michael D. Richardson for Richardson Koudelka, Keith Altman, for Excolo Law, Ari Kresch, Excolo Law, Jesus Retana, Plaintiff and Andrew Moss, Plaintiff

| | |
|---|---|
| Date: | 02/13/2019 |
| Signature: | |
| Print Name: | Keith L. Altman |
| Bar Number: | 81702 |
| Address: | 26700 Lahser Road Ste 401 |
| City, State, Zip: | Southfield MI 48033 |
| Telephone: | 516-456-5885 |
| Fax: | 248-436-6858 |
| E-Mail: | kaltman@excololaw.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons