UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JESUS RETANA AND ANDREW MOSS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. 3:19-CV-0359-B |
| v. | § | |
| | § | |
| TWITTER, INC., GOOGLE INC., | § | |
| AND FACEBOOK,INC.. | § | |
| | § | |
| DefendantS. | § | |

## ORDER SETTING HEARING

Before the Court is Defendants' Joint Motion to Dismiss for Failure to State a Claim. Doc.

38.  Having reviewed the Motion and the related filings, the Court determines that a hearing is

necessary for the efficient and expeditious resolution of this matter.

Accordingly, the Court hereby **ORDERS** a hearing on the pending Motion to Dismiss, to be

held:

**Friday, September 27, 2019 at 2:00 pm.**
Before Judge Jane J. Boyle
Courtroom 1516, Fifteenth Floor
United States Courthouse
1100 Commerce Street
Dallas, Texas 75242

Lead counsel for the parties are required to attend the hearing.  At least two days prior to the

hearing,  Lead counsel are directed to confirm with the Court that they will attend the hearing.

SO ORDERED.

Dated: September 5, 2019.

JANE J. BOYLE

UNITED STATES DISTRICT JUDGE