IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JESUS RETANA and ANDREW MOSS, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:19-CV-00359-B** |
| TWITTER, INC., GOOGLE LLC, and FACEBOOK, INC., | § § § § | |
| Defendants. | § | |

**DEFENDANTS' NOTICE OF ATTENDANCE BY LEAD COUNSEL
AT NOVEMBER 22, 2019 HEARING ON JOINT MOTION TO DISMISS**

Pursuant to the Court's Order Resetting the Hearing on Defendants' Joint Motion to Dismiss for Failure to State a Claim, dated October 23, 2019 (Dkt. 52), Defendants Facebook, Inc., Twitter, Inc., and Google LLC submit this notice that the following lead counsel will attend the hearing scheduled for Friday, November 22, 2019 at 2:00 p.m.:

**LEAD COUNSEL FOR DEFENDANT FACEBOOK, INC.**
Kristin A. Linsley (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921

*Also Attending*
Andrew P. LeGrand
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Ave., Suite 1100
Dallas, TX 75201

Jacob T. Spencer (*pro hac vice pending*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306


**LEAD COUNSEL FOR DEFENDANT TWITTER, INC.**
Ari Holtzblatt (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue
Washington, D.C. 20006

*Also Attending*
Jamison M. Joiner
JACKSON WALKER L.L.P.
2323 Ross Avenue, Suite 600
Dallas, Texas  75201

**LEAD COUNSEL FOR DEFENDANT GOOGLE LLC**
Lauren Gallo White (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105

*Also Attending*
Thomas S. Leatherbury and/or
Marc A. Fuller
VINSON & ELKINS LLP
2001 Ross Ave. Suite 3900
Dallas, TX 75201

Dated: November 20, 2019

Respectfully submitted,

*/s/ Veronica S. Lewis*
**Veronica S. Lewis**
   State Bar No. 24000092
   vlewis@gibsondunn.com
**Andrew P. LeGrand**
   State Bar No. 24070132
   alegrand@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
   2100 McKinney Ave., Suite 1100
   Dallas, TX 75201
   (214) 698-3100 – Telephone
   (214) 571-2900 – Facsimile

**Kristin A. Linsley** (*pro hac vice*)
   klinsley@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
   555 Mission Street, Suite 3000
   San Francisco, CA 94105-0921
   (415) 393-8200 – Telephone
   (415) 393-8306 – Facsimile

**ATTORNEYS FOR DEFENDANT FACEBOOK, INC.**

*/s/ with the consent of Robert P. Latham*
**Robert P. Latham**
   State Bar No. 11975500
   blatham@jw.com
**Jamison M. Joiner**
   State Bar No. 24093775
   jjoiner@jw.com
**JACKSON WALKER L.L.P.**
   2323 Ross Avenue, Suite 600
   Dallas, Texas 75201
   (214) 953-6000 – Telephone
   (214) 953-5822 – Facsimile

**Ari Holtzblatt** (*pro hac vice*)
   ari.holtzblatt@wilmerhale.com
**Jack Starcher** (*pro hac vice*)
   jack.starcher@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
   1875 Pennsylvania Avenue
   Washington, D.C. 20006
   (202) 663-6000 – Telephone
   (202) 663-6363 – Facsimile

**ATTORNEYS FOR DEFENDANT TWITTER, INC.**

*/s/ with the consent of Marc A. Fuller*
**Marc A. Fuller**
   State Bar No. 24032210
   mfuller@velaw.com
**Thomas S. Leatherbury**
   State Bar No. 12095275
   tleatherbury@velaw.com
**VINSON & ELKINS L.L.P.**
   2001 Ross Avenue, Suite 3900
   Dallas, Texas 75201
   (214) 220-7700 – Telephone
   (214) 999-7792 – Facsimile

**Brian M. Willen** (*pro hac vice*)
   bwillen@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
   1301 Avenue of the Americas
   New York, NY 10019
   (212) 999-5800 – Telephone
   (212) 999-5899 – Facsimile

**Lauren Gallo White** (*pro hac vice*)
   lwhite@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
   One Market Plaza, Spear Tower, Suite 3300
   San Francisco, CA 94105
   (415) 947-2000 – Telephone
   (650) 947-2099 – Facsimile

**ATTORNEYS FOR DEFENDANT GOOGLE LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 20, 2019, the foregoing document was filed with the clerk of the court for the United States District Court, Northern District of Texas, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

                                              */s/ Veronica S. Lewis*
                                              Veronica S. Lewis