UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JESUS RETANA and ANDREW MOSS, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-0359-B |
| TWITTER, INC., FACEBOOK, INC., and GOOGLE, LLC, | § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

In its Memorandum Opinion & Order (Doc. 57), the Court granted Defendants' Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(6) and dismissed all of Plaintiffs' claims. Therefore, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiffs take nothing from their claims. This order is a **FINAL JUDGMENT** in this action. The Clerk of Court is directed to **CLOSE** this case.

SO ORDERED.

SIGNED: December 6, 2019.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE